UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID MITCHELL (126709)

VERSUS

CHAD OUBRE, ET AL

CIVIL ACTION

NO. 11-442-BAJ-DLD

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 26, 2012 (doc. 45), and plaintiff's objection thereto filed May 10, 2012 (doc. 46), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** defendants' motion for summary judgment is granted and this action is dismissed without prejudice to any state law claim.

Baton Rouge, Louisiana, May 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA